UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

                                File No: 2:10-CR-17

v.

                                HON. ROBERT HOLMES BELL

ERIC MARKEITH SHAW,

       Defendant.

_____/

**ORDER AND JUDGMENT**
**APPROVING REPORT AND RECOMMENDATION**

The Court has reviewed the Report and Recommendation filed by the United States
Magistrate Judge in this action. The Report and Recommendation was duly served on the parties,
and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1.      The Report and Recommendation of the Magistrate Judge (docket # 18) is approved
and adopted as the opinion of the Court.

2.      Defendant's plea of guilty is accepted and defendant is adjudicated guilty of the
charges set forth in the Indictment.

3.      The written plea agreement is hereby continued under advisement pending sentencing.

Dated: August 31, 2010             /s/ Robert Holmes Bell
                                    ROBERT HOLMES BELL
                                    UNITED STATES DISTRICT JUDGE